IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
SUSAN LYN CORASIO

                              Case No.  9:18-bk-03523-FMD

      Debtor
_____/

PROOF OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Order Granting Trustee's Motion to Approve Stipulation on Repurchase of Assets has been furnished via electronic service by the Court and by regular U.S. Mail to Susan Corasio, 1309 SE 8th St, #202, Cape Coral, FL 33990 this 31st day of October, 2018.

                              /s/ Robert E. Tardif Jr.
                              Robert E. Tardif, Jr., Trustee
                              P.O. Box 2140
                              Ft. Myers, FL 33902
                              239/362-2755
                              rtardif@comcast.net