**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 18-03523 | CED | Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|---|---|
| Case Name: | CORASIO, SUSAN LYN | | | Date Filed (f) or Converted (c): | 04/30/18 (f) |
| | | | | 341(a) Meeting Date: | 06/05/18 |
| For Period Ending: 09/30/18 | | | | Claims Bar Date: | 10/22/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2011 CHEVROLET ($284.03 bank fee added) 4% bank fee added | 6,026.00 | 2,165.03 | | 0.00 | 2,165.03 |
| 2. HOUSEHOLD GOODS & FURNISHINGS  Microwave, space heater, vacuum, blender, mixer, crock pot, coffee maker, cooking ware, glassware, cups, flatware, pots, pans, couch, loveseat, chair, bed frame, box springs, mattress, night stands, dresser, armoire, lamps, luggage, broom, mops, comforter, sheets, pillow,pillowcases, towels, washcloths, rugs, chairs | 605.00 | 0.00 | | 0.00 | FA |
| 3. TV, CLOCK, RADIO, CELL PHONE | 85.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS,PRINTS, ARTWORK, PICTURES, CURIOS | 330.00 | 310.00 | | 310.00 | FA |
| 5. CLOTHING | 375.00 | 0.00 | | 0.00 | FA |
| 6. WEDDING BAND, WEDDING RING, BRACELETS, EARRINGS | 445.00 | 0.00 | | 0.00 | FA |
| 7. DOG | 10.00 | 0.00 | | 0.00 | FA |
| 8. ANY UNK ASSETS/CAUSES OF ACTION | Unknown | 0.00 | | 0.00 | FA |
| 9. CASH | 20.00 | 20.00 | | 20.00 | FA |
| 10. CHECKING ACCOUNT | 929.80 | 929.80 | | 724.98 | 204.82 |
| 11. 401 K PLAN | 538.01 | 0.00 | | 0.00 | FA |
| 12. LANDLORD SECURITY DEPOSIT | 3,960.00 | 3,960.00 | | 0.00 | 3,960.00 |
| 13. HEALTH INSURANCE THROUGH WORK | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2018 TAX REFUND (4/12) (u)  Trustee value is estimate only. | 0.00 | 400.00 | | 0.00 | 400.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $13,323.81         $7,784.83         $1,054.98         $6,729.85

(Total Dollar Amount in Column 6)

LFORM1                                                                                                           Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 18-03523  CED  Judge: Caryl E. Delano | Trustee Name:  Robert E. Tardif Jr. |
| Case Name: | CORASIO, SUSAN LYN | Date Filed (f) or Converted (c):  04/30/18 (f) |
| | | 341(a) Meeting Date:  06/05/18 |
| | | Claims Bar Date:  10/22/18 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 02, 2018 (RET) - Preparing proposed repurchase agreement.

Stip for $7,384.83 at $527.49 per mo. beginning 8/15/18 for 14 mos. plus 4/12 of any 2018 tax refund.  Requested orig title and insurance.

July 20, 2018 (GAH) Reminder e-mail to atty for original car title and insurance.

August 20, 2018 (RET) - Signed payment stipulation.

August 29, 2018 (GAH) Second request for insurance and car title.  (received car title)

Initial Projected Date of Final Report (TFR): 04/29/20     Current Projected Date of Final Report (TFR): 04/29/20

      /s/    Robert E. Tardif Jr.
_____ Date: 10/31/18
      ROBERT E. TARDIF JR.

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-03523 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CORASIO, SUSAN LYN | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******9216 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9019 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/18 | 4, 9, 10 | Susan Corasio | Payment on Overage (Doc #17) | 1129-000 | 527.49 | | 527.49 |
| 09/07/18 | 10 | Susan Corasio | Payment on Overage (Doc #17) | 1129-000 | 527.49 | | 1,054.98 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,054.98 | 0.00 | 1,054.98 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,054.98 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,054.98 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9216) | 1,054.98 | 0.00 | 1,054.98 |
| | 1,054.98 | 0.00 | 1,054.98 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,054.98  0.00

Ver: 20.02

LFORM24